NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 190414
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-2727
   Facsimile: (213) 894-7177
   E-mail:   Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

FILED
CLERK, U.S. DISTRICT COURT
May 21, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 17-7775-SJO (AFMx) |
| Plaintiff, | |
| vs. | **CONSENT JUDGMENT OF FORFEITURE** |
| $30,171.00 IN U.S. CURRENCY, | |
| Defendant. | |
| FERNANDO TISCARENO, | |
| Claimant. | |

Plaintiff and claimant Fernando Tiscareno have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, **HEREBY ORDERS ADJUDGES AND DECREES**:

1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Fernando Tiscareno has filed a claim and has answered the complaint. No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. This Court has jurisdiction over the parties to this judgment and the defendant currency. Any potential claimants to the defendant currency other than Fernando Tiscareno are deemed to have admitted the allegations of the complaint with respect to the defendant currency.

2. The following shall be returned to Fernando Tiscareno:
    a. $2,560.00, without interest.

3. The following shall be forfeited to the United States, and no other right, title, or interest shall exist therein:
    a. $27,611.00.

4. Fernando Tiscareno has agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration,

from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Fernando Tiscareno against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise. Fernando Tiscareno has also waived any rights he may have to seek remission or mitigation of the forfeiture. Nothing in this Consent Judgment is intended as, nor should anything in this Consent Judgment be interpreted as an admission by Fernando Tiscareno of any liability or wrongdoing.

//

5. The court finds that there was reasonable cause for the institution of these proceedings pursuant to 28 U.S.C. § 2465. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: May 21, 2018

*S. James Otero*

THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Prepared by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ Jonathan Galatzan
JONATHAN GALATZAN

Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
United States of America